UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# ORDER OF REFERENCE

**Frank Forti**

    v.

CA/CR No. <u>05-11275 -NG</u>

**Muscletech Research**

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **DEIN** for the following proceedings:

**( XX )**   **Referred for full pretrial case management, including all dispositive motions.**

**( )**   Referred for full pretrial case management, <u>not</u> including dispositive motions:

(A)   Referred for discovery purposes only.

(B)   Referred for Report and Recommendation on:

    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    ( ) Motion(s) to dismiss
    ( ) Post Conviction Proceedings[1]
  See Documents Numbered: _____

(C)   Case referred for events only.  See Doc. No(s). _____

(D)   Case referred for settlement.

(E)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(F)   **Special Instructions:** _____

7/18/05    By:   s/ Maryellen Molloy
Date    Deputy Clerk

---

1

Case 1:05-cv-11275-NG     Document 5     Filed 07/18/2005     Page 2 of 3

Case 1:05-cv-11275-NG    Document 5    Filed 07/18/2005    Page 3 of 3