UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

J. Michael McMahon
Clerk

USDC D MASSACHUSETTS

Date:   8/1/05

In Re: EPHEDRA

MDL    1598

Your Docket #

S.D. OF N.Y.

1:05-11275

05 CV 6833

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge RAKOFF   for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon


By: Dorothy Guranich
Deputy Clerk

A CERTIFIED TRUE COPY
JUDGE RAKOFF
JUL 25 2005
ATTEST [signature] Morgan
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

05 CV 6833   JUL - 7 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1598

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-22)

On April 13, 2004, the Panel transferred 14 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 344 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jed S. Rakoff.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Rakoff.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 13, 2004, 314 F.Supp. 2d 1373 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jed S. Rakoff.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 25 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
      DEPUTY CLERK

# SCHEDULE CTO-22 - TAG-ALONG ACTIONS
## DOCKET NO. 1598
## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS WESTERN** | |
| ARW 5  05-5102 | Linda Thompson v. Metabolife International, Inc., et al. |
| ARW 5  05-5103 | Mitchell Falayan v. Metabolife International, Inc., et al. |
| ARW 5  05-5104 | Marol Scheffert v. Metabolife International, Inc., et al. |
| ARW 5  05-5105 | Donald Wallen v. Metabolife International, Inc., et al. |
| **MASSACHUSETTS** | |
| MA  1  05-11275 | Frank Forti v. Muscletech Research & Development, Inc., et al. |
| **MISSOURI WESTERN** | |
| MOW 2  05-4158 | Karen Polys v. Metabolife International, Inc., et al. |
| MOW 2  05-4166 | Karen Polys v. Metabolife International, Inc., et al. |
| MOW 4  05-461 | Charlene Marty v. Metabolife International, Inc., et al. |
| MOW 4  05-462 | Kevin Scrivener v. Metabolife International, Inc., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW 2  05-504 | Kay Dodson v. Body Dynamics, Inc. |